**E-FILED**
Thursday, 10 July, 2008  04:16:25 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JUDITH K. DUFOUR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-2065 |
| | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER APPROVING MAGISTRATE RECOMMENDATION

Two recommendations were filed by the Magistrate Judge in the above cause on June 19, 2008.  More than ten days have elapsed since the filing of the recommendations and no objections have been made.  *See* 28 U.S.C. § 636(b)(1).

The recommendations of the Magistrate Judge (#14, #15) are, therefore, accepted by the court.  *See Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986).  The court affirms the ALJ's decision denying social security disability insurance benefits to the plaintiff, based on the ALJ's finding that the plaintiff is capable of performing light work and could return to her work as a retail sales clerk, cashier, or short order cook.  Consequently, the plaintiff's Motion for Summary Judgment (#9) is denied, and the defendant's Motion for an Order Which Affirms the Commissioner's Decision (#11) is granted.  This case is terminated.

ENTERED this 10th day of July, 2008.

**s/Harold A. Baker**

_____

HAROLD A. BAKER
U.S. DISTRICT JUDGE